Ramona R. Hallam (SB# 220804)
P.O. Box 230411
Encinitas, CA 92023
Tel: (760) 212-9249
Fax: (800) 974-8172

**FILED**
JUN 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(EL CENTRO)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>vs.<br><br>**JESUS ANTONIO MORA-QUINONEZ,**<br>Defendant. | Case No.: 08-MJ-8488<br><br>**DEFENDANT'S MOTION TO SUBSTITUTE ATTORNEYS** |

TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND THE LAW OFFICES CAROLYN L. OLIVER:

I, JESUS ANTONIO MORA-QUINONEZ, motion the court to substitute Attorney RAMONA R. HALLAM in place of Attorney CAROLYN L. OLIVER, of the Law Offices of Carolyn L. Oliver, as my attorney of record in the above-entitled case.

**I CONSENT TO THE SUBSTITUTION.**

DATED: 6-8-2008          by: _____
                              JESUS ANTONIO MORA-QUINONEZ, Defendant

DATED: 6-9-08            by: _____
                              RAMONA R. HALLAM, Attorney

DATED: 6/12/08           by: _____
                              CAROLYN L. OLIVER, Attorney

---

DEFENDANT'S MOTION TO SUBSTITUTE ATTORNEYS
Case No. 08-MJ-8488