Ramona R. Hallam (SB# 220804)
P.O. Box 230411
Encinitas, CA 92023
Tel: (760) 212-9249
Fax: (800) 974-8172



FILED
JUN 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

### (EL CENTRO)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>vs.<br><br>**JESUS ANTONIO MORA-QUINONEZ,**<br>Defendant. | Case No.: 08-MJ-8488<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** IT IS HEREBY ORDERED THAT ATTORNEY RAMONA R. HALLAM HEREBY BE SUSBSITUTED FOR CAROLYN L. OLIVER OF THE LAW OFFICES OF CAROLYN L. OLIVER AS THE ATTORNEY OF RECORD IN THE ABOVE CAPTIONED CASE.

**IT IS SO ORDERED.**

DATE: 6/12/08                            By: _____
                                              Honorable District Court
                                              Magistrate Judge

ORDER

Case No. 08-MJ-8488