**FILED**
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2114-JAH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| JESUS ANTONIO MORA-QUINONEZ (1),) LORENA HAYDE PRINCE DE MORA (2),) | Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendants. ) | |

The United States Attorney charges:

On or about May 31, 2008, within the Southern District of California, defendants JESUS ANTONIO MORA-QUINONEZ and LORENA HAYDE PRINCE DE MORA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 26.16 kilograms (57.55 pounds), of cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: June 26, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
6/26/08